# TIFFANY & BOSCO
## P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-18247

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: October 13, 2010**



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-19760-SSC |
| Charles A. Powell and Sharon L. Powell<br>     Debtors. | Chapter 7 |
| Central Mortgage Company<br>     Movant,<br>vs. | ORDER<br><br>(Related to Docket #16) |
| Charles A. Powell and Sharon L. Powell, Debtors, Lothar Goernitz, Trustee.<br><br>     Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 1, 2005 and recorded in the office of the Maricopa County Recorder wherein Central Mortgage Company is the current beneficiary and Charles A. Powell and Sharon L. Powell have an interest in, further described as:

> Lot 397, of CANYON TRAILS PHASE 1, according to the plat of record In the office of the County Recorder of Maricopa County, Arizona, recorded In Book 529 of Maps, Page 43.
>
> EXCEPT THEREFROM 1/16th of all 011, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, minerals, fossils, fertilizer of every name and description, together with all uranium, thorium or any other material which Is or may be determined by the Laws of the United States, or of this State, or decisions of Courts to be peculiarly essential to the production of fissionable materials whether or not of commercial value, as reserved unto the State of Arizona, pursuant to the Provisions of Arizona Revised Statutes 37-231, as set forth in the Patent of said land.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.